**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

GENE THROWER and SHI-LARIE MCCLAIN, on behalf of themselves and others similarly situated,

Plaintiff,

v.

SELECTQUOTE INSURANCE SERVICES INC.

Defendant.

/

Case No. 3:24-cv-00891-MMH-SJH

CLASS ACTION

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Thrower and McClain and Defendant SelectQuote Insurance Services Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiffs' individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: May 14, 2025

Respectfully submitted,

*<u>/s/ Avi R. Kaufman</u>*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Counsel for Plaintiff and the putative Classes*

/s/ Michael D. Alltmont
Michael D. Alltmont, Esq. (admitted PHV)
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Ste 2800
Metairie, LA 70002
Telephone: (504) 846-7954
Facsimile: (504) 828-3737
malltmont@sessions.legal

Rachel M. Fleishman, Esq.
Florida Bar No. 1026438
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 775-2170
Facsimile: (877) 334-0661
rfleishman@sessions.legal
dvanhoose@sessions.legal

*Counsel for Defendant,*
*SelectQuote Insurance Services*